# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
MCKINNEY, PATRICK G.                  §      Case No. 12-35658
                                      §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Robert B. Katz, Trustee_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-35658 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | MCKINNEY, PATRICK G. | | |
| For Period Ending: | 05/20/15 | | |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 09/08/12 (f) |
| 341(a) Meeting Date: | 10/18/12 |
| Claims Bar Date: | 09/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 E. Carpenter Drive, Palatine, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. 100% Shareholder of Tecster Industries, Inc. DBA M | Unknown | 0.00 | | 75,000.00 | FA |
| 6. 2001 Dodge Ram | 2,050.00 | 0.00 | | 0.00 | FA |
| 7. TAX REFUNDS Unscheduled 2012 State and Federal tax refunds | 0.00 | 2,800.00 | | 2,800.00 | FA |
| TOTALS (Excluding Unknown Values) | $322,700.00 | $2,800.00 | | $77,800.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

After considerable effort, counsel for the trustee succeeded in the sale of Trustee's interest in Debtor's TecStar stock

and a loan receivable, and collected a tax refund as well. Trustee awaits settlement of a claim objection.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 18.04c

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-35658 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MCKINNEY, PATRICK G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | |
| For Period Ending: | 05/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * C  02/03/15 | 5, 7 | James Dietz for Patrick McKinney | SETTLEMENT PAYMENT | 1129-003 | 77,800.00 | | 77,800.00 |
| C  03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.98 | 77,703.02 |
| C  04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 115.51 | 77,587.51 |
| * C  05/18/15 | 5, 7 | James Dietz for Patrick McKinney | SETTLEMENT PAYMENT | 1129-003 | -77,800.00 | | -212.49 |
| C  05/18/15 | 7 | James Dietz for Patrick McKinney | IRS-FEDERAL TAX RETURNS | 1224-000 | 2,800.00 | | 2,587.51 |
| C  05/18/15 | 5 | James Dietz for Patrick McKinney | SETTLEMENT PAYMENT | 1129-000 | 75,000.00 | | 77,587.51 |

| Account *******7100 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| 4 | Deposits | | 77,800.00 | 0 | Checks | | 0.00 |
| 0 | Interest Postings | | 0.00 | 2 | Adjustments Out | | 212.49 |
| | Subtotal | $ | 77,800.00 | 0 | Transfers Out | | 0.00 |
| 0 | Adjustments In | | 0.00 | | Total | $ | 212.49 |
| 0 | Transfers In | | 0.00 | | | | |
| | Total | $ | 77,800.00 | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-35658 -DRC | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MCKINNEY, PATRICK G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | |
| For Period Ending: | 05/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Robert B. Katz, Trustee    Date: 05/20/15
ROBERT B. KATZ, TRUSTEE

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 20, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-35658  
Debtor Name: MCKINNEY, PATRICK G.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011<br>001<br>2700-00 | U.S. Bankruptcy Court<br>Dirksen Federal Building<br>219 S. Dearborn St.<br>Room 713<br>Chicago, IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| 000012<br>001<br>2100-00 | Law Offices of Robert B. Katz<br>223 West Jackson Boulevard<br>Suite 1010<br>Chciago, IL 60606 | Administrative | | $7,140.00 | $0.00 | $7,140.00 |
| 000013<br>001<br>3210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $35,037.70 | $0.00 | $35,037.70 |
| 000014<br>001<br>3410-00 | Popowcer Katten, LTD.<br>33 E. Wacker Dr, Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,497.50 | $0.00 | $1,497.50 |
| 000001<br>070<br>UC | Union National Bank T/U/T 1507<br>c/o Law Offices of Konstantine Sparagis<br>900 W. Jackson Blvd., Suite 4E<br>Chicago, IL 60607 | Unsecured | | $17,894.29 | $0.00 | $17,894.29 |
| 000002<br>070<br>UC | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $12,667.93 | $0.00 | $12,667.93 |
| 000003<br>070<br>UC | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $13,924.15 | $0.00 | $13,924.15 |
| 000004<br>070<br>UC | Thomas McKinney<br>c/o Mark Steven Wheeler, Esq.<br>828 West Grace Street, Suite 2<br>Chicago, IL 60613 | Unsecured<br>Modified on 5/18/2015 to correct the amended claim that was filed on 11/11/2014, which was originally enetered as claim #10. | | $128,780.00 | $0.00 | $128,780.00 |
| 000005<br>070<br>UC | Joyce McKinney<br>James M. Kelly, P.C.<br>119 N. Northwest Highway<br>Palatine, Il. 60067 | Unsecured<br>(5-1) money infused into Tecstar<br>(5-1) Modified to correct creditor address (modified on 9/8/2014) (MH) | | $29,856.17 | $0.00 | $29,856.17 |
| 000006<br>070<br>UC | Joyce McKinney<br>James M. Kelly, P.C.<br>119 N. Northwest Highway | Unsecured<br>(6-1) money to renovate marina | | $18,702.00 | $0.00 | $18,702.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 20, 2015 |

Case Number: 12-35658  
Debtor Name: MCKINNEY, PATRICK G.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Palatine, Il. 60067 | | | | | |
| 000007 070 UC | Patrick McKinney<br>James M. Kelly, P.C.<br>119 N. Northwest Highway<br>Palatine, IL 60067 | Unsecured | (7-1) labor costs incurred for marina(7-2) corrects case number<br>(7-1) Incorrect pdf (filer notified to file an amended claim (MH) | $98,297.50 | $0.00 | $98,297.50 |
| 000008 070 UC | Patrick McKinney<br>James M. Kelly, P.C.<br>119 N. Northwest Highway<br>Palatine, IL 60067 | Unsecured | (8-1) money used to upgrade Marina(8-2) corrects case number<br>(8-1) Incorrect pdf (filer notified to file an amended claim) (MH) | $20,303.00 | $0.00 | $20,303.00 |
| 000009 070 UC | Joyce McKinney<br>James M. Kelly, P.C.<br>119 N. Northwest Highway<br>Palatine, Il. 60067 | Unsecured | (9-1) money used to upgrade Marina by Joyce McKinney(9-2) corrects case number<br>(9-1) Incorrect pdf (filer notified to file an amended claim (MH)(9-2) Modified to correct creditor address (modified on 9/12/2014)(MH) | $69,455.00 | $0.00 | $69,455.00 |
| 000010 070 UC | Thomas McKinney<br>c/o Mark Steven Wheeler, Esq.<br>828 West Grace Street, Suite 2<br>Chicago, IL 60613 | Unsecured | This claim has been corrected to be entered as 4-2 on 5/18. | $128,780.00 | $0.00 | $128,780.00 |
| | Case Totals: | | | $582,595.24 | $0.00 | $582,595.24 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-35658
Case Name: MCKINNEY, PATRICK G.
Trustee Name: Robert B. Katz, Trustee

Balance on hand                                                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Ira P. Goldberg | $ | $ | $ |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, LTD. | $ | $ | $ |
| Charges: U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____
Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Union National Bank T/U/T 1507 | $ | $ | $ |
| 000002 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000004 | Thomas McKinney | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE