UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MCKINNEY, PATRICK G. § Case No. 12-35658
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/30/2015 in Courtroom 619,
                   219 S. Dearborn St
                   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2015            By: ROBERT B. KATZ


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MCKINNEY, PATRICK G. §    Case No. 12-35658
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 77,800.00 |
| and approved disbursements of | $ | 212.49 |
| leaving a balance on hand of[1] | $ | 77,587.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 7,140.00 | $ 0.00 | $ 7,140.00 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 35,010.00 | $ 0.00 | $ 35,010.00 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 27.70 | $ 0.00 | $ 27.70 |
| Accountant for Trustee Fees: Popowcer Katten, LTD. | $ 1,497.50 | $ 0.00 | $ 1,497.50 |
| Charges: U.S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 43,935.20 |
| Remaining Balance | | $ | 33,652.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 173,266.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Union National Bank T/U/T 1507 | $ 17,894.29 | $ 0.00 | $ 3,475.48 |
| 000002 | PYOD, LLC its successors and assigns as | $ 12,667.93 | $ 0.00 | $ 2,460.40 |
| 000003 | PYOD, LLC its successors and assigns as | $ 13,924.15 | $ 0.00 | $ 2,704.39 |
| 000010 | Thomas McKinney | $ 128,780.00 | $ 0.00 | $ 25,012.04 |
| | Total to be paid to timely general unsecured creditors | | | $ 33,652.31 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-35658-DRC
Patrick G. McKinney                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 1              Date Rcvd: May 22, 2015
                              Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
```
db          +Patrick G. McKinney,    306 E. Carpenter Dr.,    Palatine, IL 60067-3410
19415801    +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
19415802    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19415803    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19415804    +Corporate Facility Services, Inc.,    Michael Weis,    P.O. Box 1166,    Northbrook, IL 60065-1166
19415806    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
22360677    +Joyce McKinney,    James M. Kelly, P.C.,    119 N. Northwest Highway,    Palatine, Il 60067-5324
19415807    +Konica Minolta Business,    Teller, Levit & Silvertrust, P.C.,    11 E. Adams St.,
              Chicago, IL 60603-6301
19415800    +Law Offices of Robert Arnold PC,    119 N Northwest Hwy,    Palatine, IL 60067-5324
19415799    +McKinney Patrick G,    306 E Carpenter Drive,    Palatine, IL 60067-3410
22366475    +Patrick McKinney,    James M. Kelly, P.C.,    119 N. Northwest Highway,    Palatine, IL 60067-5324
22354072    +Thomas McKinney,    c/o Mark Steven Wheeler, Esq.,    828 West Grace Street, Suite 2,
              Chicago, IL 60613-5758
22075767    +Union National Bank T/U/T 1507,    c/o Law Offices of Konstantine Sparagis,
              900 W. Jackson Blvd., Suite 4E,    Chicago, IL 60607-3745
19415808    +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19415805     +E-mail/PDF: mrdiscen@discover.com May 23 2015 00:40:36     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
22348627     +E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2015 00:40:47
              PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
              Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22020433       Mid-Atlantic Waterproofing of VA, Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
```
              Ira P Goldberg    on behalf of Trustee Robert B Katz, ESQ igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              James M Kelly    on behalf of Defendant Patrick  McKinney jkellylaw94@yahoo.com
              James M Kelly    on behalf of Debtor Patrick G. McKinney jkellylaw94@yahoo.com
              Joel P Fonferko    on behalf of Creditor    BANK OF AMERICA, N.A. ND-One@il.cslegal.com
              Mark Steven Wheeler    on behalf of Plaintiff Thomas  McKinney 773trustme@gmail.com,
               773trustmealicia@gmail.com
              Mark Steven Wheeler    on behalf of Creditor Thomas  Mckinney 773trustme@gmail.com,
               773trustmealicia@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    on behalf of Attorney    DiMonte & Lizak, LLC rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ    on behalf of Accountant Lois  West rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ    rkatztrustee@gmail.com,    rkatz@ecf.epiqsystems.com
              Robert L Arnold    on behalf of Defendant Patrick  McKinney robertlarnold@sbcglobal.net
              Robert L Arnold    on behalf of Debtor Patrick G. McKinney robertlarnold@sbcglobal.net
                                                                                             TOTAL: 12
```