# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
MCKINNEY, PATRICK G.                §     Case No. 12-35658
                                    §
         Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Robert B. Katz, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Harris N A Po Box 94034 Palatine, IL  60094 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICES OF ROBERT B. KATZ | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK US BANKRUPTCY COURT | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| | Corporate Facility Services, Inc. Michael Weis P.O. Box 1166 Northbrook, IL  60065 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Konica Minolta Business Teller, Levit & Silvertrust, P.C. 11 E. Adams St. Chicago, IL  60603 | | | | | |
| | Small Business Association 151 E. Woodfield Rd., Suite 115N Schaumburg, IL | | | | | |
| | Unvl/citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| 000005 | JOYCE MCKINNEY | | | | | |
| 000006 | JOYCE MCKINNEY | | | | | |
| 000009 | JOYCE MCKINNEY | | | | | |
| 000007 | PATRICK MCKINNEY | | | | | |
| 000008 | PATRICK MCKINNEY | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | THOMAS MCKINNEY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | THOMAS MCKINNEY | | | | | |
| 000001 | UNION NATIONAL BANK T/U/T 1507 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-35658 | DRC | Judge: Donald R. Cassling | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MCKINNEY, PATRICK G. | | | | Date Filed (f) or Converted (c): | 09/08/12 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/12 |
| For Period Ending: | 07/24/15 | | | | Claims Bar Date: | 09/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 E. Carpenter Drive, Palatine, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. 100% Shareholder of Tecster Industries, Inc. DBA M | Unknown | 0.00 | | 75,000.00 | FA |
| 6. 2001 Dodge Ram | 2,050.00 | 0.00 | | 0.00 | FA |
| 7. TAX REFUNDS Unscheduled 2012 State and Federal tax refunds | 0.00 | 2,800.00 | | 2,800.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $322,700.00 | $2,800.00 | | $77,800.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

After considerable effort, counsel for the trustee succeeded in the sale of Trustee's interest in Debtor's TecStar stock
and a loan receivable, and collected a tax refund as well. Trustee awaits settlement of a claim objection.

TFR Filed 5/20/15

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-35658 -DRC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MCKINNEY, PATRICK G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | | |
| For Period Ending: | 07/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 02/03/15 | 5, 7 | James Dietz for Patrick McKinney | SETTLEMENT PAYMENT | 1129-003 | 77,800.00 | | 77,800.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.98 | 77,703.02 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 115.51 | 77,587.51 |
| * 05/18/15 | 5, 7 | James Dietz for Patrick McKinney | SETTLEMENT PAYMENT | 1129-003 | -77,800.00 | | -212.49 |
| 05/18/15 | 7 | James Dietz for Patrick McKinney | IRS-FEDERAL TAX RETURNS | 1224-000 | 2,800.00 | | 2,587.51 |
| 05/18/15 | 5 | James Dietz for Patrick McKinney | SETTLEMENT PAYMENT | 1129-000 | 75,000.00 | | 77,587.51 |
| * 07/01/15 | 010001 | ROBERT B. KATZ 53 W. Jackson Suite 1320 Chicago, IL 60604 | Chapter 7 Compensation/Expense | 2100-003 | | 7,140.00 | 70,447.51 |
| * 07/01/15 | 010001 | ROBERT B. KATZ 53 W. Jackson Suite 1320 Chicago, IL 60604 | Chapter 7 Compensation/Expense | 2100-003 | | -7,140.00 | 77,587.51 |
| * 07/01/15 | 010002 | U.S. Bankruptcy Court Dirksen Federal Building 219 S. Dearborn St. Room 713 Chicago, IL 60604 | Claim 000011, Payment 100.00000% | 2700-003 | | 260.00 | 77,327.51 |
| * 07/01/15 | 010002 | U.S. Bankruptcy Court Dirksen Federal Building 219 S. Dearborn St. Room 713 Chicago, IL 60604 | Claim 000011, Payment 100.00000% | 2700-003 | | -260.00 | 77,587.51 |
| * 07/01/15 | 010003 | Law Offices of Robert B. Katz 223 West Jackson Boulevard Suite 1010 Chciago, IL 60606 | Claim 000012, Payment 100.00000% | 2100-003 | | 7,140.00 | 70,447.51 |
| | | | Page Subtotals | | 77,800.00 | 7,352.49 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-35658 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MCKINNEY, PATRICK G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | |
| For Period Ending: | 07/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/01/15 | 010003 | Law Offices of Robert B. Katz<br>223 West Jackson Boulevard<br>Suite 1010<br>Chciago, IL 60606 | Claim 000012, Payment 100.00000% | 2100-003 | | -7,140.00 | 77,587.51 |
| * 07/01/15 | 010004 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Claim 000013, Payment 100.00000% | | | 35,037.70 | 42,549.81 |
| | | | Fees          35,010.00 | 3210-003 | | | |
| | | | Expenses          27.70 | 3220-003 | | | |
| * 07/01/15 | 010004 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Claim 000013, Payment 100.00000% | | | -35,037.70 | 77,587.51 |
| | | | Fees       (   35,010.00 ) | 3210-003 | | | |
| | | | Expenses  (        27.70 ) | 3220-003 | | | |
| * 07/01/15 | 010005 | Popowcer Katten, LTD.<br>33 E. Wacker Dr, Suite 1550<br>Chicago, IL 60601 | Claim 000014, Payment 100.00000% | 3410-003 | | 1,497.50 | 76,090.01 |
| * 07/01/15 | 010005 | Popowcer Katten, LTD.<br>33 E. Wacker Dr, Suite 1550<br>Chicago, IL 60601 | Claim 000014, Payment 100.00000% | 3410-003 | | -1,497.50 | 77,587.51 |
| * 07/01/15 | 010006 | Union National Bank T/U/T 1507<br>c/o Law Offices of Konstantine Sparagis<br>900 W. Jackson Blvd., Suite 4E<br>Chicago, IL 60607 | Claim 000001, Payment 15.30147% | 7100-003 | | 2,738.09 | 74,849.42 |
| * 07/01/15 | 010006 | Union National Bank T/U/T 1507<br>c/o Law Offices of Konstantine Sparagis<br>900 W. Jackson Blvd., Suite 4E<br>Chicago, IL 60607 | Claim 000001, Payment 15.30147% | 7100-003 | | -2,738.09 | 77,587.51 |

Page Subtotals          0.00          -7,140.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Page: 3

Exhibit 9

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-35658 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MCKINNEY, PATRICK G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | |
| For Period Ending: | 07/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/01/15 | 010007 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000002, Payment 15.30147% | 7100-003 | | 1,938.38 | 75,649.13 |
| * 07/01/15 | 010007 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000002, Payment 15.30147% | 7100-003 | | -1,938.38 | 77,587.51 |
| * 07/01/15 | 010008 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 15.30147% | 7100-003 | | 2,130.60 | 75,456.91 |
| * 07/01/15 | 010008 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 15.30147% | 7100-003 | | -2,130.60 | 77,587.51 |
| * 07/01/15 | 010009 | Thomas McKinney c/o Mark Steven Wheeler, Esq. 828 West Grace Street, Suite 2 Chicago, IL 60613 | Claim 000004, Payment 15.30148% | 7100-003 | | 19,705.24 | 57,882.27 |
| * 07/01/15 | 010009 | Thomas McKinney c/o Mark Steven Wheeler, Esq. | Claim 000004, Payment 15.30148% | 7100-003 | | -19,705.24 | 77,587.51 |

Page Subtotals     0.00     0.00

Ver: 18.05

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35658 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MCKINNEY, PATRICK G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7100  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | |
| For Period Ending: | 07/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/15 | 010010 | 828 West Grace Street, Suite 2<br>Chicago, IL 60613<br>U.S. Bankruptcy Court<br>Dirksen Federal Building<br>219 S. Dearborn St.<br>Room 713<br>Chicago, IL 60604 | Claim 000011, Payment 100.00000% | 2700-000 | | 260.00 | 77,327.51 |
| 07/01/15 | 010011 | Law Offices of Robert B. Katz<br>223 West Jackson Boulevard<br>Suite 1010<br>Chciago, IL 60606 | Claim 000012, Payment 100.00000% | 2100-000 | | 7,140.00 | 70,187.51 |
| 07/01/15 | 010012 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Claim 000013, Payment 100.00000% | | | 35,037.70 | 35,149.81 |
| | | | Fees          35,010.00 | 3210-000 | | | |
| | | | Expenses          27.70 | 3220-000 | | | |
| 07/01/15 | 010013 | Popowcer Katten, LTD.<br>33 E. Wacker Dr, Suite 1550<br>Chicago, IL 60601 | Claim 000014, Payment 100.00000% | 3410-000 | | 1,497.50 | 33,652.31 |
| 07/01/15 | 010014 | Union National Bank T/U/T 1507<br>c/o Law Offices of Konstantine Sparagis<br>900 W. Jackson Blvd., Suite 4E<br>Chicago, IL 60607 | Claim 000001, Payment 19.42228% | 7100-000 | | 3,475.48 | 30,176.83 |
| 07/01/15 | 010015 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 19.42227% | 7100-000 | | 2,460.40 | 27,716.43 |

Page Subtotals                 0.00          49,871.08

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35658 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MCKINNEY, PATRICK G. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 |  |  |
| For Period Ending: | 07/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/15 | 010016 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 19.42230% | 7100-000 |  | 2,704.39 | 25,012.04 |
| 07/01/15 | 010017 | Thomas McKinney c/o Mark Steven Wheeler, Esq. 828 West Grace Street, Suite 2 Chicago, IL 60613 | Claim 000004, Payment 19.42230% | 7100-000 |  | 25,012.04 | 0.00 |

```
                                    COLUMN TOTALS                              77,800.00        77,800.00          0.00
                              Less:  Bank Transfers/CD's                            0.00             0.00
                                    Subtotal                                   77,800.00        77,800.00
                              Less:  Payments to Debtors                                             0.00
                                    Net                                        77,800.00        77,800.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - *******7100 | 77,800.00 | 77,800.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 77,800.00 | 77,800.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   Robert B. Katz, Trustee

Trustee's Signature: _____   Date: 08/10/15

Page Subtotals                     0.00        27,716.43

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-35658 -DRC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MCKINNEY, PATRICK G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7100 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8977 | | | |
| For Period Ending: | 07/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

ROBERT B. KATZ, TRUSTEE

Page Subtotals             0.00              0.00

Ver: 18.05